UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS ex rel. BOBBIE MACK,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK MALONE, M.D., P.A., d/b/a Advanced Pain Care, and MARK T. MALONE, M.D.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:20-cv-00215-RP |

**STIPULATION OF DISMISSAL**

The United States of America, the State of Texas, and relator Bobbie Mack, by and through their respective counsel, hereby stipulate to dismissal of this action under Fed. R. Civ. P. 41(a)(1), 31 U.S.C. § 3730(b)(1), and Tex. Hum. Res. Code § 36.102(e). Pursuant to the terms of their Settlement Agreement with defendants Mark Malone M.D., P.A., d/b/a Advanced Pain Care, and Mark T. Malone, M.D. (collectively, "Advanced Pain Care"), such dismissal shall be (a) with prejudice to the United States and Texas only as to the Covered Conduct defined in the Settlement Agreement; (b) without prejudice to the United States and Texas as to all other claims; and (c) with prejudice to Mack as to all claims. Because defendant Advanced Pain Care will be paying the full settlement amount over a period of five years, the United States, Texas, and Mack request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: December 12, 2025

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

/s/ Thomas A. Parnham Jr.
THOMAS A. PARNHAM JR.
Assistant United States Attorney
Texas State Bar No. 24146529
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
(512) 916-5858 (tel)
(512) 916-5854 (fax)
thomas.parnham@usdoj.gov

***Counsel for the United States of America***

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

/s/ Jonathan Rohde
JONATHAN ROHDE
Texas Bar No. 24074974
Assistant Attorney General
Healthcare Program Enforcement Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512)-936-2532
Jonathan.Rohde@oag.texas.gov

***Counsel for the State of Texas***

*/s/ Austin Kaplan*
Austin Kaplan
Texas Bar No. 24072176
Kaplan Law Firm, PLLC
2901 Bee Cave Road, Suite G
Austin, TX 78746
Telephone: 512-843-5572
Facsimile: 512-692-2788
akaplan@kaplanlawatx.com

Jason Marcus (*pro hac vice*)
Georgia Bar No. 949698
Bracker & Marcus LLC
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Telephone: 770-988-5035
Facsimile: 678-648-5544
Jason@fcacounsel.com

***Counsel for Relator Bobbie Mack***