IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* BOBBIE MACK, | § | |
| Plaintiffs, | § | |
| v. | § | 1:20-CV-215-RP |
| MARK MALONE, M.D., P.A., *d/b/a Advanced Pain Care*, and MARK T. MALONE, M.D., | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Stipulation of Dismissal filed by the United States of America, the State of Texas, and relator Bobbie Mack. (Stip. of Dismissal, Dkt. 51). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment. Plaintiffs' notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), as revised (May 15, 2015).

Accordingly, pursuant to the Stipulation of Dismissal, (Dkt. 51), **IT IS ORDERED** that this case is dismissed (a) with prejudice to the United States and Texas only as to the Covered Conduct defined in the Settlement Agreement; (b) without prejudice to the United States and Texas as to all other claims; and (c) with prejudice to relator Bobbie Mack as to all claims.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on December 15, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE